# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back* (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| DARREN CALDWELL | 688-0135 | 10/25/2007 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
|  |  |  |  |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR04-00061 | Peter San Agustin | 10. FROM 7-13-2005 | 11. TO 7-14-2005 |

| 12. PRESIDING JUDICIAL OFFICIAL | LOCATION OF PROCEEDINGS | |
|---|---|---|
|  | 13. CITY Hagatna | 14. STATE GU |

### 15. ORDER FOR
☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☒ OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify Witness) | 10:30:01 to 11:42:55 (PT1) |
| ☐ OPENING STATEMENT (Plaintiff) |  | 7/13 | 1:34:55 to 3:17:03 (PT2) |
| ☐ OPENING STATEMENT (Defendant) |  |  | 3:32:56 to 5:30:36 (PT3) |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☒ PRE-TRIAL PROCEEDING (Spcy) Motion to Suppress |  |
| ☐ CLOSING ARGUMENT (Defendant) |  | 7/14 | 9:07:23 to 10:29:24 (PT1) |
| ☐ OPINION OF COURT |  |  | 10:41:37 to 12:04:30 (PT2) |
| ☐ JURY INSTRUCTIONS |  | ☐ OTHER (Specify) | 1:41:50 to 2:56:29 (PT3) |
| ☐ SENTENCING |  |  | 3:15:44 to 5:38:58 (PT4) |
| ☐ BAIL HEARING |  |  |  |

### 17. ORDER

☐ FTR Gold Format. Free player software included on CD.
☐ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
☒ MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
☐ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

| Media: ☐ CD ☐ DVD | | |
|---|---|---|
| NO. CD/DVD(s) | NO. COPIES | COSTS |
|  |  |  |
|  |  |  |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| | ESTIMATE TOTAL | |
|---|---|---|

**FILED**
**DISTRICT COURT OF GUAM**
NOV - 8 2007
**JEANNE G. QUINATA**
**Clerk of Court**

| 18. SIGNATURE | 19. DATE | |
|---|---|---|
| PROCESSED BY [signatures] 11/06/07 | PHONE NUMBER | |
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | 11/06/07 | [sig] | TOTAL CHARGES | |
| CD/DVD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 11/06/07 | [sig] | TOTAL REFUNDED | |
| PARTY RECEIVED CD/DVD | 11/8/07 | DC | TOTAL DUE | |